UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MILTON WILLIAMS,  :  21-Cv-727 (SHS)

           Plaintiff,  :  <u>ORDER OF DISMISSAL</u>

-v-

             :

ROMANTIC DEPOT, INC.,

             :

           Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The plaintiff having notified the Court that this matter has been settled, and having requested that the Court enter a 30-day Order of Dismissal [Doc. No. 15],

      IT IS HEREBY ORDERED that:

      1. This action is dismissed with prejudice and without costs; provided, however, that within 30 days of this Order, any party may reinstate this action upon written request if the terms of the settlement are not effectuated within that time; and

      3. The conference scheduled for June 3, 2021, is cancelled.

Dated: New York, New York
       April 21, 2021

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.